UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 4:06MJ2035 AGF |
| | ) | |
| v. | ) | |
| | ) | Case No. 4:05CR197 (Schneider) |
| GERALD LOUIS CALMESE, | ) | USDC, E.D. TX |
| | ) | Sherman Division |
| | ) | |
| Defendant. | ) | |

## REMOVAL ORDER

Gerald Louis Calmese, who is in custody under a warrant issued on October 13, 2005, out of the United States District Court for the Eastern District of Texas, Sherman Division, in Case No. 4:05CR197 (Schneider), appeared before the Court for his initial appearance on February 1, 2006. Defendant is charged by indictment filed October 13, 2005, with conspiracy to manufacture, distribute or dispense cocaine or marijuana and aiding and abetting, in violation of 18 U.S.C. §§ 846 and 2. The government has requested that Defendant be detained pending trial on the charges from the Eastern District of Texas.

A hearing was held on February 1, 2006. Defendant appeared and was represented by his appointed counsel, Assistant Federal Public Defender Kevin Curran. The government was represented by Assistant United States Attorney Sam Bertolet. Defendant was advised of his rights, including the right to a hearing on identity and detention and the right to a disposition of his charges in this district under Rule 20,

F.R.Cr.P. After being advised of these rights and after consultation with his appointed attorney, Defendant voluntarily waived his rights, in writing and in open court, and agreed to his immediate transfer to the court of original jurisdiction. Defendant also waived his right to have a detention hearing in this district, and requested that the detention hearing be held in the charging district upon his transfer.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant, Gerald Louis Calmese, be temporarily detained and held to answer the charges brought against him in the United States District Court for the Eastern District of Texas, Sherman Division.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service forthwith transport Defendant to the U.S. Marshal in the Eastern District of Texas for further proceedings by that court in this matter.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 1st day of February, 2006.